Oliver P. Cleary [SB#168440]
LAW OFFICES OF OLIVER P. CLEARY
468 N. Camden Dr., #200
Beverly Hills, CA 90210
Telephone (424) 324-8874
Email: olivercleary@gmail.com

Attorney for defendant,
Ruimin Zhao

# UNITED STATES DISTRICT COURT
## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **14-cr-0702-ODW-3** |
| Plaintiff, | |
| vs. | ORDER WAIVING DEFENDANT'S PRESENCE AT MOTION HEARING |
| RUIMIN ZHAO, | |
| Defendant. | |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

Defendant RUIMIN ZHOA's presence is waived at the bail hearing now set for Friday, March 29, 2019 at 10:00 a.m.

**SO ORDERED.**

Dated: March 28, 2019

_____
OTIS D. WRIGHT
United States District Judge

1